**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :          SEALED SUPERSEDING
                                                     INDICTMENT
          -v.-                    :
                                             S3 11 Cr. 337 (PKC)
THOMAS HOEY, JR.,                 :
ALEJANDRO NORIEGA,
          And                     :
BARRY BALABAN,
                                  :
          Defendants.
                                  :
- - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/13

COUNT ONE

The Grand Jury charges:

1.    From at least in or about 2005 up through and including
in or about 2010, in the Southern District of New York and elsewhere,
THOMAS HOEY, JR., the defendant, and others known and unknown,
intentionally and knowingly did combine, conspire, confederate, and
agree together and with each other to violate the narcotics laws
of the United States.

2.    It was a part and an object of the conspiracy that
THOMAS HOEY, JR., the defendant, and others known and unknown, would
and did distribute and possess with intent to distribute a controlled
substance, in violation of 21 U.S.C. § 841(a)(1).

3.    The controlled substances involved in the offense
were (a) five kilograms and more of mixtures and substances containing
cocaine, in violation of Title 21, United States Code, Section
841(b)(1)(A); (b) mixtures and substances containing a detectable
amount of diazepam, in violation of Title 21, United States Code,

Section 841(b)(1)(C); (c) mixtures and substances containing a detectable amount of alprazolam, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (d) mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

4.    The use of such controlled substances, specifically cocaine, resulted in the death of Kim Calo, on or about January 10, 2009, in the Kitano Hotel in Manhattan, New York.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

5.    From at least on or about January 9, 2009, up to and including on or about January 10, 2009, in the Southern District of New York, THOMAS HOEY, JR., the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

6.    The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

7.    The use of such controlled substance resulted in the death of Kim Calo, on or about January 10, 2009, in the Kitano Hotel in Manhattan, New York.

(Title 21, United States Code, Sections 812,
841(a)(1), and 841(b)(1)(C); Title 18,
United States Code, Section 2.)

COUNT THREE

The Grand Jury charges:

8.    From at least in or about January 2011, up to and including in or about May 2011, in the Southern District of New York and elsewhere, THOMAS HOEY, JR., and BARRY BALABAN, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated and agreed together and with each other to commit an offense against the United States.

9.    It was a part and an object of the conspiracy that THOMAS HOEY, JR., and BARRY BALABAN, the defendants, and others known and unknown, would and did procure another to commit perjury, in violation of Title 18, United States Code, Section 1622.

10.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act was committed:

a.    On or about April 5, 2011, BARRY BALABAN, the defendant, working on behalf of THOMAS HOEY, JR, the defendant, advised, threatened, pressured and otherwise induced a subpoenaed witness ("Witness-1") before the grand jury in the Southern District of New York to testify falsely as to material matters during Witness-1's grand jury testimony on April 6, 2011.

(Title 18, United States Code, Sections 371 and 1622.)

COUNT FOUR

The Grand Jury further charges:

11.  From at least on or about January 10, 2009, up to and including in or about May 2011, in the Southern District of New York and elsewhere, THOMAS HOEY, JR., ALEJANDRO NORIEGA, and BARRY BALABAN, the defendants, willfully and knowingly did corruptly endeavor to influence and impede grand jurors in the discharge of their duty, and did corruptly endeavor to influence, obstruct, and impede the due administration of justice, to wit, HOEY, NORIEGA and BALABAN endeavored to obstruct and impede the investigation into the January 10, 2009 death of Kim Calo, by, among other things, attempting to destroy evidence of the cause of Calo's death and endeavoring to cause Witness-1 to testify falsely before the grand jury in the Southern District of New York regarding events relating to Calo's death.

(Title 18, United States Code, Sections 1503 and 2.)

COUNT FIVE

The Grand Jury further charges:

12.  From at least on or about January 10, 2009, up to and including in or about May 2011, in the Southern District of New York and elsewhere, THOMAS HOEY, JR., and BARRY BALABAN, the defendants, knowingly used intimidation, threatened, and corruptly persuaded a person, and attempted to do so, and engaged in misleading conduct towards another person, with intent to influence the

4

testimony of a person in an official proceeding, to wit, BALABAN and HOEY advised, threatened, pressured, and otherwise induced Witness-1 to make false statements to law enforcement agents, to give false testimony before a grand jury in the Southern District of New York, and to sign a false statement with intent that such false statement be used in an official proceeding, all regarding events relating to the January 10, 2009 death of Kim Calo.

(Title 18, United States Code, Sections 1512 and 2.)


_____
FOREPERSON


_____
PREET BHARARA
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### THOMAS HOEY, JR.
### ALEJANDRO NORIEGA,
### BARRY BALABAN,

Defendants.

### SUPERSEDING
### INDICTMENT

S3 11 Cr. 337 (PKC)

(18 U.S.C. §§ 371, 1503, 1512, 1622 and 2;
21 U.S.C. §§ 812, 841, 846)

_____ PREET BHARARA
United States Attorney.

A TRUE BILL

_____ Foreperson.

December 12, 2013

Filed Scale, Superseding Indictment

USMJ Deb. a Freeman