UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   -v-  :  S3 11 Cr. 337 (PKC)

THOMAS HOEY, JR.  :  **NOTICE OF MOTION**
ALEJANDRO NORIEGA,
BARRY BALABAN,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the exhibit annexed hereto, defendant Thomas Hoey will move this court before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by this Court, for an Order that this case be re-assigned in accordance with Rule 6(b) of the Rules for the Division of Business Among District Judges.

Dated: New York, New York
       February 8, 2014

                                          Respectfully submitted,

                                          LARUSSO & CONWAY L.L.P.

                                          By:     _s/Joseph Conway__
                                                      Joseph Conway

                                          300 Old Country Road, Suite 341
                                          Mineola, New York
                                          516-248-3520

                                          *Attorneys for Thomas Hoey, Jr.*

                                          DRISCOLL & REDLICH

                                          By:     _s/Catherine L. Redlich___
                                                        Catherine L. Redlich
                                                        Christin J. Masimore

                                          120 West 45th Street, Suite 2801
                                          New York, New York 10036
                                          212-986-4030

                                          *Of Counsel*

To:    Margaret Garnett, Esq.
        Ian McGinley, Esq.
        United States Attorney's Office for the
        Southern District of New York
        One St. Andrew's Plaza
        New York, NY 10007