UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA      :     SUPERSEDING
                                    INFORMATION
          -v.-                 :
                                    S6 11 Cr. 337 (PKC)
THOMAS HOEY, JR.,              :

                               :
          Defendant.
                               :
- - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2014

COUNT ONE

The United States Attorney charges:

1. From at least in or about 2005 up through and including in or about 2010, in the Southern District of New York and elsewhere, THOMAS HOEY, JR., the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States.

2. It was a part and an object of the conspiracy that THOMAS HOEY, JR., the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act was committed:

   a. On or about January 10, 2009, in the Kitano Hotel in Manhattan, New York, THOMAS HOEY, JR., the defendant, provided

cocaine to Kim Calo.

(Title 18, United States Code, Section 371; Title 21, United States Code, Section 841.)

## COUNT TWO

The United States Attorney further charges:

5. From at least in or about January 2011, up to and including in or about May 2011, in the Southern District of New York and elsewhere, THOMAS HOEY, JR., the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate and agree together and with each other to commit an offense against the United States.

6. It was a part and an object of the conspiracy that THOMAS HOEY, JR., the defendant, and others known and unknown, would and did procure another to commit perjury, in violation of Title 18, United States Code, Section 1622.

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act was committed:

a. On or about April 5, 2011, a co-conspirator ("CC-1"), working on behalf of THOMAS HOEY, JR., the defendant, advised, threatened, pressured and otherwise induced a subpoenaed witness ("Witness-1") before the grand jury in the Southern District of New York to testify falsely as to material matters during Witness-1's grand jury testimony on April 6, 2011.

(Title 18, United States Code, Sections 371 and 1622.)

COUNT THREE

The United States Attorney further charges:

8. From at least in or about January 2011, up to and including in or about May 2011, in the Southern District of New York and elsewhere, THOMAS HOEY, JR., the defendant, willfully and knowingly did corruptly endeavor to influence and impede grand jurors, and officers in and of a court of the United States, in the discharge of their duties, and did corruptly endeavor to influence, obstruct, and impede the due administration of justice, to wit, HOEY endeavored to obstruct and impede the grand jury investigation into the January 10, 2009 death of Kim Calo, by, among other things, working with others to have a document prepared that contained various false statements about the events relating to Calo's death, and Witness-1's knowledge of those events, with the intent that such document be submitted to the United States Attorney's Office for the Southern District of New York, which was conducting the grand jury investigation.

(Title 18, United States Code, Sections 1503 and 2.)

*Preet Bharara*
———————————————
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

THOMAS HOEY, JR.,

Defendant.

SUPERSEDING
INFORMATION

S6 11 Cr. 337 (PKC)

(18 U.S.C. §§ 371, 1503, 1622 and 2; 21 U.S.C. § 841)

PREET BHARARA
United States Attorney.

Filed 8/14/14
Judge Castel