UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA :

       v. :     WAIVER OF INDICTMENT

THOMAS HOEY, JR., :     S6 11 Cr. 337 (PKC)

       Defendant. :

------------------------------X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1622, 1503, and 2, and Title 21 United States Code, Section 841, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
      August 14, 2014

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2014