LAW OFFICE OF<br>
**MARC FERNICH**

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

810 SEVENTH AVENUE, SUITE 620  
NEW YORK, NEW YORK 10019  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

April 23, 2015

**BY ECF**

Hon. P. Kevin Castel, U.S.D.J.  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

  Re: *U.S. v. Thomas Hoey, Jr.*, 11 CR 337 (PKC)(SDNY)

Your Honor:

  I am associated with the Law Office of Marc Fernich, attorneys for Mr. Hoey in the captioned case. In April 2014, Mr. Hoey discharged his then attorney, Joseph Conway, and substituted Eric Franz, Esq. Our office was retained through and adjunct to that of Mr. Franz, primarily to conduct motion practice. Having long since completed that task, we too respectfully seek to be relieved along with Messrs. Franz and Fischetti.

  We appreciate Your Honor's attention and consideration.

              Respectfully,

              /S/

              Robert Caliendo, Esq.

cc: all counsel (ECF)