UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                11-cr-337 (PKC)

      -against-                               ORDER

THOMAS HOEY JR.,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by March 10, 2021. The defendant may reply by March 19, 2021.

      SO ORDERED.

                                                            P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
        February 16, 2021

                                                       Mailed to Thomas Hoey February 16, 2021