UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                             11-cr-337 (PKC)

          -against-                                                                           ORDER

THOMAS HOEY JR.,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court is in receipt of defendant's letter of May 23, 2021 requesting an extension of the deadline to reply in his motion for sentence reduction under 18 U.S.C. § 3582(c). Defendant's reply was due on May 20, 2021. (Doc 293). This is defendant's third request to extend the deadline for him to file a reply. Defendant must submit his reply by June 10, 2021.

       SO ORDERED.

                                                                    P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
           May 27, 2021

Mailed to Thomas Hoey May 27, 2021