UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                11-cr-337 (PKC)

    -against-                           <u>ORDER</u>

THOMAS HOEY,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall prepare and transmit to Thomas Hoey for execution a written waiver of the attorney-client privilege for testimony and other evidence from (a) Eric Franz, Esq., (b) the Honorable Joseph Conway, (c) Mark Fernich, Esq., (d) Ronald Fischetti, Esq., (e) Phyllis Malgieri, Esq., and (f) Erin Kathleen Flynn, Esq. Within 45 days of service of the proposed written waiver, Hoey shall (1) return the executed written waiver; (2) withdraw the section 2255 motion; or (3) show cause in writing why the Court ought not rule that he has waived the attorney-client privilege as to all matters fairly raised by Hoey's section 2255 motion. Defendant's time to respond to the section 2255 motion is extended until further order of the Court.

        SO ORDERED.

                                                    P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       June 6, 2022